# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ROBERT ROCK

VERSUS

IRPINO LAW FIRM, LLC., BOBBY
HAWKINS, AND ABC INSURANCE
COMPANY

NO.  2021 CW 0071

**APRIL 22, 2021**

---

In Re:    Robert Rock, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 692849.

---

BEFORE:    **WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT GRANTED.** The trial court's December 30, 2020 judgment denying the plaintiff's motion for new trial seeking reconsideration of the trial court's judgment granting the declinatory exception of improper venue filed by the defendants, Irpino Law Firm, LLC and Bobby Hawkins, and transferring this action to Orleans Parish is reversed. The plaintiff, in his first supplemental and amending petition, named Continental Casualty Company (hereinafter "Continental"), the alleged professional liability insurance carrier of Irpino Law Firm, LLC and Bobby Hawkins, as a party defendant. The plaintiff further alleged venue is proper in East Baton Rouge Parish pursuant to La. Code Civ. P. art. 42(7) because Continental is a foreign insurer. The allegations contained in the plaintiff's first supplemental and amending petition, filed prior to the trial court's judgment granting defendants' exception of improper venue, establish that venue is proper in this action in East Baton Rouge Parish. See **MB Indus., LLC v. CNA Ins. Co.**, 2006-1084 (La. App. 1st Cir. 3/23/07), 960 So.2d 144, writs denied, 2007-1186, 2007-1191, 2007-1217 (La. 9/21/07), 964 So.2d 335, 337, 340. Accordingly, the trial court's judgment granting the defendants' exception of improper venue is reversed, and the exception of improper venue is denied.

VGW
JEW
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT